WRIGHT, Respondent, v. WRIGHT, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Warren S. H. Wright against Edward P. Wright.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

WILLIAMS, J., dissents. ROBSON, J., not sitting.

WYNN, Appellant, v. PROVIDENT LIFE & TRUST CO. OF PHILADELPHIA, Respondent. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Action by Ellen Wynn against the Provident Life & Trust Company of Philadelphia. No opinion. Judgment unanimously affirmed, with costs. See, also, 117 App. Div. 914, 102 N. Y. Supp. 1151.

WYNNE, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Peter Wynne, an infant, etc., against the Borden's Condensed Milk Company. G. C. Fox, for appellant. G.

W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

YOUNG, Appellant, v. O'CONNOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by William M. Young against James O'Connor and another. No opinion. Motion to dismiss appeal granted, with costs.

ZACCARI, Appellant, v. BECKWITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Vincenzo Zaccari against Clinton Beckwith. No opinion. Judgment affirmed, with costs.

ZINT, Appellant, v. MULLIGAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Mary V. M. Zint against Cornelius Mulligan and others, as executors, etc. No opinion. Motion for reargument, or for leave to appeal to the Court of Appeals, denied. For former opinion, see 140 App. Div. 230, 124 N. Y. Supp. 1016.

SCIOLARO v. ASCH et al. (Supreme Court, Appellate Division, First Department. April, 1910.) Action by Frances M. Sciolaro against Joseph J. Asch and others. No opinion. Order settled. Memorandum per curiam. See, also, 122 N. Y. Supp. 518.